

**NUMBER 13-19-00449-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EX PARTE O. P.**

---

**On appeal from the 404th District Court
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, the Texas Department of Public Safety, appealed a specific portion of an order of expunction entered by the 404th District Court of Cameron County, Texas, in cause number 2019-DCL-02432-G. Appellant has filed a motion to dismiss the appeal on grounds that the trial court has entered an amended order agreed to by the parties which removes the language that formed the basis for the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
17th day of October, 2019.